El Pueblo, Demandante y Apelado, *v.* Girón, Acusado y Apelante.

Apelación procedente de la Corte de Distrito de Mayagüez en causa por delito contra la justicia pública.

No. 1105.—Resuelto en marzo 19, 1917.

Justicia Pública—Acometimiento y Agresión—Incongruencia Entre la Acusación y la Prueba—Lugar del Delito.—Aun cuando existe incongruencia entre la acusación y la prueba de este caso, por alegarse en la primera que la agresión se cometió en el café, mièntras que la segunda demuestra que fué en la calle, como los sucesos que trajeron por consecuencia el delito ocurrieron en el café y estaban tan relacionados moral y materialmente, que sería imposible para el acusado no poder identificar el delito, *se resolvió:* que dicha incongruencia no era esencial o perjudicial, y que el acusado no fué inducido a error.

Los hechos están expresados en la opinión.
Abogados del apelante: Sres. *Feliú & Alemañy.*
Abogado del apelado: Sr. *Salvador Mestre,* Fiscal.

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

La única diferencia que existe entre el aspecto legal de este caso y el de *El Pueblo* v. *Girón,* No, 1104 que acaba de decidirse, (pág. 36) consiste en que el acusado agredió al denunciante Moreda fuera del café cuando Moreda, dueño de

dicho café, protestaba del acometimiento realizado contra Bishoff. En la acusación se imputó un delito cometido en el café "La Palma." La idea principal al hacerse mención de un lugar es mostrar la jurisdicción sobre el delito. Es una cuestión secundaria describir el lugar para que el acusado pueda identificar el delito por el cual se le acusa. Ahora bien, aunque puede haber casos en que dicha incongruencia sea esencial y perjudicial, en este caso no podía serlo. Los sucesos que trajeron por consecuencia la comisión del delito ocurrieron en el café y lo mismo que en el caso que acaba de fallarse estaban tan relacionados moral y materialmente, que sería imposible para el acusado no poder identificar el delito. Generalmente es suficiente una notificación si su objeto no puede ser equivocado, y de conformidad con la prueba presentada en este caso en manera alguna fué inducido a error el acusado.

La sentencia debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.